IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FIELDTURF USA, INC.,
a Florida corporation, and
FIELDTURF TARKETT, INC.
a Canadian Corporation

    Plaintiffs,

v.

ASTROTURF, LLC,
a Michigan corporation,

    Defendant.

_____/

Case No. 2:10-cv-12492-SJM-MJH
Hon. Stephen J. Murphy, III
Magistrate Judge Michael J. Hluchaniuk

STIPULATION AND ORDER FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER THE COMPLAINT

The parties hereby stipulate that Defendant shall have up to and including August 8, 2010, to answer or otherwise plead in response to the complaint filed by Plaintiffs.

**SO ORDERED.**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 16, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2010, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| /s/ Jody L. Factor (w/permission) | /s/ Thomas E. Bejin |
| Jody L. Factor | Thomas E. Bejin (P56854) |
| FACTOR & LAKE LTD | RADER, FISHMAN & GRAUER, PLLC |
| 1327 W. Washington Boulevard | 39533 Woodward Avenue, Suite 140 |
| Suite 5G/H | Bloomfield Hills, MI 48304 |
| Chicago, IL  60607 | Phone: 248-594-0600 |
| Phone: 312-226-1818 | Fax:  248-594-0620 |
| Fax: 312-226-1919 | E-mail: teb@raderfishman.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated:  July 15, 2010               Dated:  July 15, 2010