UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIELDTURF USA, INC., et al.,

    Plaintiffs,                                Case No. 10-cv-12492

v.                                                 HONORABLE STEPHEN J. MURPHY, III

ASTROTURF LLC,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 286)

On January 20, 2015, the Court appointed Greg Lindstrom as Discovery Master in the pending case. ECF No. 266. On April 21, 2015, Lindstrom submitted a Report and Recommendation regarding five pending discovery disputes. ECF No. 286. As stated in the Discovery Master's Report, and consistent with Civil Rule 53, the parties had twenty-one days to object. Report 11, ECF No. 286; Fed. R. Civ. P. 53(f)(2). Neither party lodged an objection. The Court has reviewed the Report and finds its reasoning sound. Accordingly, the Court will adopt the Report.

**ORDER**

**WHEREFORE**, it is hereby **ORDERED** that the Discovery Master's Report and Recommendation (document no. 286) is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for a Protective Order (document no. 264) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel (document no. 252) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Sanctions (document no. 260) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's and John Rodgers' Motion to Quash (document nos. 268 & 270) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's request to compel testimony is **GRANTED.**

**SO ORDERED**.

                                      s/Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: May 18, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 18, 2015, by electronic and/or ordinary mail.

                                      s/Carol Cohron
                                      Case Manager