UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FieldTurf USA, Inc., et al,          Case No. 10-12492
                                     Hon. Stephen J. Murphy, III
    Plaintiffs,

v.

Astroturf, LLC,

    Defendant.
_____/

Astroturf, LLC,

    Counter-Claimant

v.

FieldTurf Tarkett, Inc., et al,

    Counter-Defendants
_____/

## VERDICT FORM

**Question 1:** Has FieldTurf proven by a preponderance of the evidence that AstroTurf infringed claim 12 of U.S. Patent No. 6,723,412 ("the '412 patent")?

Yes _X_                                                                 No ____

**Question 2:** If you answered "Yes" to Question 1 above, was AstroTurf's infringement willful? (If you answered "No" to Question 1 above, do not answer this question.)

Yes _X_                                                                 No ____

**Question 3:** Has Astroturf proven by clear and convincing evidence that Claim 12 of the '412 patent was obvious?

Yes ____                                                                No _X_

**Question 4:** Has Astroturf proven by clear and convincing evidence that Claim 12 of the '412 patent was anticipated?

Yes ____                                                                No _X_

**Question 5:** If you found that AstroTurf has infringed claim 12 of the '412 patent and you have not found such claim to be obvious or anticipated, set forth the amount that FieldTurf has shown by a preponderance of the evidence it is entitled to recover as damages:

Lost Profits:                               $ 20,281,000

Reasonable Royalty:                   $ 9,719,000

**Question 6:** Has AstroTurf proven by a preponderance of the evidence that FieldTurf used false advertising or competed unfairly?

Yes \_\_\_\_      No _X_

**Question 7:** If you found that FieldTurf used false advertising or competed unfairly, is AstroTurf entitled to $1 in nominal damages?

Yes \_\_\_\_      No _X_

Dated: _OCT 9, 2015_

s/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

2