# Exhibit 2

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION

                              - - -

FIELDTURF USA, INC. and
FIELDTURF TARKETT, INC.,

          Plaintiffs,
                                         Case No. 10-12492
   vs.
                                         Hon. Stephen J. Murphy, III

ASTROTURF, LLC,

          Defendant.
_____/

                            JURY TRIAL
                         Afternoon Session

          BEFORE THE HONORABLE STEPHEN J. MURPHY, III
                  United States District Judge
             Theodore Levin United States Courthouse
                   231 West Lafayette Boulevard
                        Detroit, Michigan
                     Monday, October 5, 2015

APPEARANCES:

For the Plaintiff:   DEREK J. SARAFA
                     MICHAEL L. BRODY
                     KEVIN E. WARNER
                     Winston & Strawn, LLP
                     35 W. Wacker Dr.
                     Chicago, IL 60601
                     (312) 558-5600

For the Defendant:   MARTIN F. GAYNOR, III
                     LAWRENCE K. DeMEO
                     Manion, Gaynor and Manning, LLP
                     21 Custom House St.
                     Boston, MA 02110
                     (617) 670-8800

                     THOMAS E. BEJIN
                     Bejin Bieneman, PLC
                     300 River Place Dr., Ste. 1600
                     Detroit, Michigan 48207
                     (313) 528-4882
```

|   |   |
|---|---|
| 1 | with the three-prong device. |
| 2 | Q.  So if you focus on the -- we looked at the ruler, if you |
| 3 | focus on the probe, the number 33 in the upper left, what |
| 4 | does that represent? |
| 5 | A.  That is the depth in millimeters in that particular |
| 6 | position measured by the probe. |
| 7 | Q.  Okay.  So if you -- if I'm understanding it correctly, |
| 8 | with the ruler that location measured 20 millimeters, and |
| 9 | with the probe Mr. Kolitzus measured 33 millimeters; is that |
| 10 | right? |
| 11 | A.  That's correct. |
| 12 | Q.  Okay.  In your view, does that mean that the measurement |
| 13 | techniques are uncertain and that the actual depth is |
| 14 | unknowable? |
| 15 | A.  Well, yes, you can't -- common sense tells us that it is |
| 16 | the same position in the same box.  Now, the infill depths |
| 17 | can only be one number, it is what it is; it can't at the |
| 18 | same time be both 20 millimeters and 33, so what we know from |
| 19 | that is there is an error there in measurement. |
| 20 | Q.  An error in the way that Mr. Kolitzus measured it? |
| 21 | A.  Yes. |
| 22 |     MR. DeMEO:  Objection. |
| 23 |     THE COURT:  What's the objection? |
| 24 |     MR. DeMEO:  Your Honor, there is no basis for that |
| 25 | conclusion as to that was Mr. Kolitzus' error in his |

     1  measurement or which of those may be in error or --
     2         THE COURT: Okay.
     3         MR. WARNER: I'm going to ask the witness to
     4  explain.
     5         THE COURT: Go ahead.
     6  BY MR. WARNER:
     7  Q.  So can you explain, sir, how do you know that that's a
     8  measurement error or why do you conclude that's a measurement
     9  error?
03:17   10  A.  Because it cannot simultaneously be 20 and
    11  33 millimeters.
    12  Q.  Because it is the same spot --
    13  A.  It is the same spot in the same box, it is exactly the
    14  same -- correct, I don't see how I can reach any other
    15  conclusion.
    16  Q.  Now, if you wanted to determine which of those
    17  measurements was the actual depth in the field how would
    18  someone skilled in the art go about doing that?
    19  A.  Well, there are several methods.  You could, of course,
03:18   20  simply measure it again and see what your second reading
    21  says.  You could excavate the infill material right down to
    22  the primary backing, a little trench, and then put a
    23  straightedge over the top of the trench and measure it
    24  directly with a ruler, you could do that, but the easiest way
    25  and the way I would have done it is to simply measure the

```
 1  height of the free ribbon because Mr. Kolitzus already
 2  measured the pile height, so if you measure the height of the
 3  free ribbon and subtract that from the pile height, that's
 4  the infill depth -- that's the true infill depth.
 5  Q.  So would a person of ordinary skill in the art in 1997
 6  have done that to determine which one of those measurements
 7  is the correct one?
 8          MR. DeMEO:  Objection, this is not covered in
 9  Mr. Hawkins' report.
10          MR. WARNER:  I disagree, Your Honor.  He's talked
11  about the --
12          THE COURT:  Overruled.  Go ahead.
13  A.  Sorry.  Could you repeat the question?
14  BY MR. WARNER:
15  Q.  Sure.  Would a person of ordinary skill in the art in
16  1997 have used that same method to determine which is the
17  right number?
18  A.  I believe so, yes.
19  Q.  Now, did Mr. Kolitzus do that?
20  A.  No, he didn't do it at all.
21  Q.  So are you able to draw any conclusions from the data
22  that he provided about which one is right?
23  A.  Absolutely not, I cannot tell with any of those readings
24  which are correct and which are mistaken.
25  Q.  So on the question of infill depth in the prior art
```

03:19 (line 10)
03:19 (line 20)

```
 1  of questions about things that the patent disclosed or didn't
 2  disclose?
 3  A.  Yes.
 4  Q.  So, for instance, he said does it disclose specific
 5  measuring devices and things like that?
 6  A.  That's what he said, yes.
 7  Q.  Did it disclose specific ways to measure infill depth in
 8  a field?
 9  A.  I recall all of that.
10  Q.  My question for you is this, putting yourself in the
11  mind of a person of ordinary skill in the art back in 1997,
12  would that person had been able to pick up the patent, read
13  it, and go out and build a field with substantially
14  two-thirds infill?
15  A.  Absolutely.
16          MR. WARNER:  Nothing further.
17          THE COURT:  Okay.  You want to respond to that at
18  all, Mr. DeMeo?
19          MR. DeMEO:  No, Your Honor.
20          THE COURT:  Okay.  Great.  Thank you both very
21  much.  Wow, look at that, the lawyers get you out of here
22  before 4:30.  How do you feel about that?
23          Dr. Hawkins, you are done, you may be on your way.
24  Okay.
25  A.  Thank you.
```