# Exhibit 8

2:10-cv-12492-SJM-MJH Doc # 425-7 Filed 11/13/15 Pg 2 of 5 Pg ID 21822
Jury Trial: Volume 9 • Tuesday, September 29, 2015

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION


FIELDTURF USA, INC. and
FIELDTURF TARKETT, INC.,

              Plaintiffs,        Case No. 10-12492
vs.                              Hon. Stephen J. Murphy, III

ASTROTURF, LLC,

              Defendant.
_____/
```

**JURY TRIAL - VOLUME 9**

```
        BEFORE THE HONORABLE STEPHEN J. MURPHY, III
                United States District Judge
          Theodore Levin United States Courthouse
                231 West Lafayette Boulevard
                  Detroit, Michigan  48226
                Tuesday, September 29, 2015
```

APPEARANCES:

| | |
|---|---|
| For the Plaintiff<br>FieldTurf USA, Inc. and<br>FieldTurf Tarkett, Inc.: | DEREK J. SARAFA<br>MICHAEL L. BRODY<br>KEVIN E. WARNER<br>Winston & Strawn, LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br>312-558-5600 |
| For the Defendant<br>AstroTurf, LLC: | MARTIN F. GAYNOR, III<br>LAWRENCE K. DE MEO<br>HOWARD P. GOLDBERG<br>Manion Gaynor and Manning LLP<br>21 Custom House Street<br>Boston, Massachusetts 02110<br>617-607-8800 |
| | THOMAS E. BEJIN<br>Bejin Bieneman PLC<br>300 River Place<br>Suite 1600<br>Detroit, Michigan 48226<br>313-528-4882 |

2:10-cv-12492-SJM-MJH   Doc # 425-7   Filed 11/13/15   Pg 3 of 5   Pg ID 21823
Jury Trial: Volume 9 • Tuesday, September 29, 2015

45

```
 1   A.  Yes.
 2   Q.  And you mentioned your kids in your direct testimony?
 3   A.  Yes.
 4   Q.  Okay.  You have four, three boys and the youngest is a
 5   girl, did I get that right?
 6   A.  Yes.
 7   Q.  And she's 18?
 8   A.  Yes.
 9   Q.  Measuring infill is so easy that your daughter could do
10   it, isn't that true, sir?
11   A.  I said that, but I also said that there was --
12   Q.  Is that true, sir?
13   A.  Yes, I did.
14   Q.  And if she did it, she could come up with a pretty good
15   number, true?
16   A.  Yes.
17   Q.  And she has never done field measurements before, isn't
18   that correct?
19   A.  Yes.
20   Q.  And so to be clear, measuring infill is so easy that your
21   18-year-old daughter could do it and get a good number even
22   though she's never done it before, is that correct?
23   A.  Yes.
24   Q.  Certainly a trained installer could do it then, right,
25   sir?
```

1   A.   I'm not an attorney but I --
2   Q.   You don't have any business degrees, is that correct?
3   A.   That's correct.
4   Q.   And you've not worked in the United States, in any United
5   States business since 1990, correct?
6   A.   Correct.
7   Q.   So in 1997, I want to talk to you about some of the
8   different measurement techniques that were available in 1997.
9   I'm correct that there -- there were different measurement
10  techniques available in 1997, correct?
11  A.   For the measurement of infill depth are we talking now?
12  Q.   Yes.
13  A.   Yes, they were.
14  Q.   And one of those was using a nail or straight probe,
15  correct?
16  A.   Correct.
17  Q.   And that method is still available today?
18  A.   There are still nails available today, yes.
19  Q.   Another method was using a ruler?
20  A.   Yes.
21  Q.   And a -- or a single prong with a plunger?
22  A.   Yes.
23  Q.   Or a three-prong with a plunger?
24  A.   Yes.
25  Q.   Another was measuring the -- the free ribbon above the

1   infill, is that correct?
2   A.   Yes.
3   Q.   And that could be measured several different ways, right?
4   A.   Yes.
5   Q.   And the patent --
6   A.   Well, I'm not sure -- well, yes, yes, okay, I'll -- I
7   accept that, yes.
8   Q.   And, in fact, another way is you could -- you could
9   excavate the infill, take some out and then measure?
10  A.   Correct.
11  Q.   Put something against it and see how high the remaining
12  infill was, correct?
13          MR. WARNER:  Your Honor, I object.  We're getting
14  into the indefiniteness portion of the case now, which is again
15  a portion of invalidity that's not being tried now.
16          THE COURT:  It sounds like he's addressing the
17  measuring, lack of measuring and testimony on direct, so I'll
18  overrule that.
19          Go ahead.
20  BY MR. DE MEO:
21  Q.   The patent doesn't say how to measure the infill.  The
22  '412 patent does not say how you're supposed to measure the
23  infill, is that correct?
24  A.   That's correct, yes.  I don't consider it needs to say how
25  to measure depth.