UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FIELDTURF USA, INC.**, a Florida corporation, and **FIELDTURF TARKETT, INC.**, a Canadian corporation,<br><br>  Plaintiffs/Counter-Defendants,<br><br>  v.<br><br>**ASTROTURF, LLC**, a Michigan limited liability company,<br><br>  Defendant/Counter-Plaintiff. | Case No. 2:10-cv-12492-SJM-MJH<br><br>Hon. Stephen J. Murphy, III<br>Magistrate Judge Michael J. Hluchaniuk |

**DEFENDANT ASTROTURF LLC'S ASSENTED TO MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT OF LOCAL RULE 7.1(d)(3)(A)**

AstroTurf, by and through its counsel, hereby moves for leave to exceed the 25 page limit of Local Rule 7.1(d)(3)(A) in its opposition to Plaintiffs Motion for Enhanced Damages (DN 413). Plaintiffs have assented to AstroTurf exceeding the 25 page limit.

Through their Motion for Enhanced Damages, Plaintiffs have sought to treble the jury's award to $90,000,000, and have raised numerous arguments that, while incorrect and unpersuasive, necessitate a response from AstroTurf. AstroTurf's request for excess pages is therefore necessary because it must fully respond to the issues raised in Plaintiffs motion, and because the magnitude of FieldTurf's demand and the potential consequences are so great. AstroTurf's brief will not exceed 28 pages.

For all of these reasons, AstroTurf respectfully requests that this Court ALLOW its consented to Motion for Leave to File a Brief in Excess of the Page Limit of L.R. 7.1(d)(3)(A).

                                        Respectfully submitted,

Dated: December 2, 2015        /s/ Martin F. Gaynor, III
                                        Martin F. Gaynor, III
                                        Howard P. Goldberg
                                        Lawrence K. DeMeo
                                        MANION GAYNOR & MANNING LLP
                                        125 High Street
                                        Boston, MA 02110
                                        617-670-8800
                                        mgaynor@mgmlaw.com
                                        hgoldberg@mgmlaw.com
                                        ldemeo@mgmlaw.com

                                        Thomas E. Bejin (P56854)
                                        George Schooff (P45596)
                                        David W. Hannon (P68968)
                                        BEJIN BIENEMAN PLC
                                        300 River Place, Suite 1650
                                        Detroit, MI 48207
                                        313-528-4882
                                        bejin@b2iplaw.com
                                        schooff@b2iplaw.com
                                        hannon@b2iplaw.com

                                        *Attorneys for Defendant/Counter-Plaintiff AstroTurf, LLC*

1486386

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 2, 2015, I filed the foregoing document via the CM/ECF system and served it electronically upon the following:

Kevin E. Warner (kwarner@winston.com)
Michael L. Brody (mbrody@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

          /s/ Martin F. Gaynor, III
          Martin F. Gaynor, III
          MANION GAYNOR & MANNING, LLP
          125 High Street
          Boston, MA 02210
          (617) 670.8800
          (617) 670.8801(fax)
          mgaynor@mgmlaw.com