# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **FIELDTURF USA, INC.**, a Florida corporation, and **TARKETT, INC.**, a Canadian corporation,<br><br>　　Plaintiffs/Counter-Defendants,<br><br>v.<br><br>**ASTROTURF, LLC**, a Michigan limited liability company,<br><br>　　Defendant/Counter-Plaintiff. | Case No. 2:10-cv-12492-SJM-MJH<br><br>Hon. Stephen J. Murphy, III<br>Magistrate Judge Michael J. Hluchaniuk |

## **MOTION FOR WITHDRAWAL**

Pursuant to Local Rule 83.25(b)(2), Defendant AstroTurf, LLC moves the Court to enter the attached Order granting the withdrawal of Ethan W. Marks as counsel of record for the Defendant on the ground that, as of February 26, 2016, he is no longer affiliated with the law firm of Manion Gaynor & Manning LLP.

                                        Respectfully submitted,

Dated: February 26, 2016

                                        /s/ Ethan W. Marks
Martin F. Gaynor III
Howard P. Goldberg
Lawrence K. Demeo
Ethan W. Marks
MANION GAYNOR & MANNING LLP
125 High Street
Boston, MA 02110
T: (617) 670-8800
mgaynor@mgmlaw.com
hgoldberg@mgmlaw.com
ldemeo@mgmlaw.com
emarks@mgmlaw.com

Thomas E. Bejin (P56854)
George Schooff (P45596)
David W. Hannon (P68968)
BEJIN BIENEMAN PLC
300 River Place, Suite 1650
Detroit, MI 48207
313-528-4882
bejin@b2iplaw.com
schooff@b2iplaw.com
hannon@b2iplaw.com

*Attorneys for Defendant/Counter-Plaintiff AstroTurf, LLC*

## LOCAL RULE CERTIFICATION

I, Ethan W. Marks, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2016, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

/s/ Ethan W. Marks
MANION GAYNOR & MANNING LLP
125 High Street
Boston, MA 02110
T: 617-670-8800
emarks@mgmlaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **FIELDTURF USA, INC.**, a Florida corporation, and **TARKETT, INC.**, a Canadian corporation,     Plaintiffs/Counter-Defendants, v. **ASTROTURF, LLC**, a Michigan limited liability company,     Defendant/Counter-Plaintiff. | Case No. 2:10-cv-12492-SJM-MJH Hon. Stephen J. Murphy, III Magistrate Judge Michael J. Hluchaniuk |

## **ORDER**

IT IS HEREBY ORDERED that the Motion for Withdrawal of Ethan W. Marks as counsel of record for Defendant AstroTurf, LLC is granted.

Dated:_____      _____