UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIELDTURF USA, INC. and
FIELDTURF TARKETT INC.,                    Case No. 2:10-cv-12492

      Plaintiffs,                    HONORABLE STEPHEN J. MURPHY, III

v.

TEXTILE MANAGEMENT
ASSOCIATES, INC., et al.,

      Defendants.
                               /

## ORDER REQUIRING CLOSING DOCUMENTS

On March 8, 2019, the Court entered a stipulated order referring the parties to mediation. ECF 553. On August 6, 2019, the mediator notified the Court that the case settled. The Court will therefore require the parties to "submit appropriate documents to conclude the case within 21 days of settlement." E.D. Mich. LR 16.4(e)(7).

**WHEREFORE**, it is hereby **ORDERED** that the parties shall **SUBMIT** a proposed, stipulated order withdrawing the pending motion to dismiss [525] and closing the case no later than **August 27, 2019**.

**SO ORDERED**.

                                      s/ Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: August 9, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2019, by electronic and/or ordinary mail.

s/ David P. Parker<br>
Case Manager